```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RAYMOND R. LENHART, JR., et al. :      CIVIL ACTION
                                :
           v.                   :
                                :
OCEAN SPRAY CRANBERRIES, INC.,  :      NO. 10-1569
     et al.                     :

RAYMOND R. LENHART, JR., et al. :      CIVIL ACTION
                                :
           v.                   :
                                :
K TRUCKING & SON, INC., et al.  :      NO. 10-2575
```

                             ORDER

        AND NOW, this 27th of October, 2010, it is hereby

ORDERED that:

        (1) the motion of plaintiffs for alternative service is

GRANTED; and

        (2) the court authorizes services of process to be

served on defendants Payless Freight, Inc. and K&A Carrier

Service by regular first class mail, by certified mail return

receipt requested, and by posting a copy of the summons and

Amended Complaint on the defendants' last known addresses of 470

Klein Road, Williamsville, NY.


                              BY THE COURT:


                              /s/ Harvey Bartle III
                              _____
                                                 C.J.